**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | |
| **PULSAR PUERTO RICO INC** | **CASE NO. 08-07557 BKT** |
| | **CHAPTER 7** |
| **Debtor(s)** | **ADVERSARY NO. 11-0042 BKT** |
| **AT & T MOBILITY PUERTO RICO INC** | |
| **Plaintiff** | |
| **PULSAR PUERTO RICO INC** | **FILED & ENTERED ON 05/25/2012** |
| **WILFREDO  SEGARRA MIRANDA ,TRUSTEE;WILFREDO RODRIGUEZ FLORES** | |
| **Defendant(s)** | |

**ORDER**

Before the Court is the Motion requesting extension of time to appeal the Partial Judgment entered on May 3, 2012 (the "Motion"), filed by the Defendant, Wilfredo Segarra Miranda, Chapter 7 Trustee (the "Trustee"), on May 23, 2012 (Dkt No. 138).  For the reasons set forth below, the Trustee's Motion is DENIED.

Pursuant to Bankruptcy Rule 8002(a), a notice of appeal must be filed within fourteen (14) days of the date of entry of the judgment, order or decree appealed from.  Fed R. Bankr. P. 8002(a).  The timely filing of a notice of appeal is "mandatory and jurisdictional". <u>Yamaha Motor Corp. v. Perry Hollow Mgmt Co., Inc. (In re Perry Hollow Mgmt Co., Inc.)</u>, 297 F.3d 34, 38 (1st Cir.2002).  Under specific circumstances the Court may extend the time for filing a notice of appeal.  <u>See</u> Fed. R. Bankr.P. 8002(c)(2).  However, such a request "must be made by a written

motion filed before the time for filing a notice of appeal has expired, except that such a motion filed not later than 21 days after the expiration of the time for filing a notice of appeal may be granted upon a showing of excusable neglect." Fed. R. Bankr.P. 8002(c)(2); see also In re Shepherds Hill Development Co., LLC, 316 B.R. 406, 414 (B.A.P. 1st Cir. 2004).

As the Partial Judgment was entered on May 3, 2012, the deadline to file the notice of appeal in this case expired on Thursday, May 17, 2012. Here, the Trustee filed the motion to extend the deadline for filing a notice of appeal within the twenty-one (21) days of the "excusable neglect" period. The Trustee, however, made no showing, or even a reference to the excusable neglect requirement. Thus, the Court has no elements to grant the Trustee's Motion.

Accordingly, the Trustee's request for extension of time to file the notice of appeal is hereby DENIED.

SO ORDERED.

San Juan, Puerto Rico, this 25 day of May, 2012.

Brian K. Tester
U.S. Bankruptcy Judge